IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH D. LINSON,

        Plaintiff,                    No. 2:12-cv-2303 EFB P

    vs.

HOFFMEISTER, et al.,

        Defendants.            <u>ORDER</u>

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

        On March 5, 2013, the court dismissed plaintiff's complaint for failure to state a claim. The dismissal order explained the complaint's deficiencies, gave plaintiff 30 days to file an amended complaint correcting those deficiencies, and warned plaintiff that failure to file an amended complaint would result in this action being dismissed. The time for acting has passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

////

////

1

1  Accordingly, it is hereby ORDERED that this action is DISMISSED. Fed. R. Civ. P.
2  41(b); E.D. Cal. Local Rule 110.
3  Dated: April 10, 2013.

   EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE